IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN DOE and JANE DOE, o/b/o                                   PLAINTIFFS
STUDENT DOE, a minor

VS.                                          CIVIL ACTION NO. 1:14-cv-1-SA-DAS

BRIAN K. FLANNER, in his official
    and individual capacities,
SCOTT CANTRELL, in his official
    and individual capacities,
BILLY LOAGUE, in his official
    and individual capacities,
JOHN DOES 1-4, in their official
    and individual capacities, and
MONROE COUNTY SCHOOL DISTRICT                  DEFENDANTS

## **JUDGMENT OF DISMISSAL**

THIS CAUSE having come before this Court on motion of the parties *ore tenus* to dismiss the Plaintiffs' cause of action with prejudice, and this Court being fully advised in the premises, hereby Orders and Adjudges as follows:

That this matter was filed by John and Jane Doe on behalf of Student Doe. At the time the litigation was commenced, Student Doe was a minor under the age of eighteen. Student Doe has now turned eighteen years old and under Mississippi law (See MISS. CODE ANN. § 1-3-41 and Garrett v Gay, 394 So. 2d 321 (Miss. 1981)) is authorized to settle her claims and execute a release of those claims. Jane Doe, John Doe and Student Doe have all agreed to settle and release the claims of Student Doe in exchange for settlement proceeds distributed directly to Student Doe.

This entire cause has been compromised and settled as between and among the named and interested parties. The parties desire to keep the terms of the resolution confidential and have agreed to do so. The parties further desire to have the confidentiality of the resolution ordered by

this Court and consent to the jurisdiction of this Court regarding the confidentiality of the agreement.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause and the claims of Student Doe alleged in the Complaint and/or any filed or proposed Amended Complaint be, and the same are hereby, dismissed with prejudice, with each party to bear their respective costs.

IT IS FURTHER ORDERED AND ADJUDGED that the terms of the resolution of this matter are and shall remain confidential that there will be no disclosure, dissemination or publication whatsoever of the terms and/or fact of the resolution to any person or entity whatsoever, except only to the extent permission to disclose is obtained by Court Order from a Court of competent jurisdiction or upon written permission of the parties of this settlement or to the extent that disclosure may be required by the Monroe County School District to its auditors.

SO ORDERED AND ADJUDGED, this the 11th day of December, 2014.

    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

/s/ Mitchell O. Driskell, III
MITCHELL O. DRISKELL, III - BAR #100079
*Attorneys for Monroe County School District,
Scott Cantrell, Billy Loague, and Brian K. Flanner (official capacity only)*

/s/ T. K. Moffett
TERRILL KAY MOFFETT - BAR #3402
*Attorney for Brian K. Flanner, in his individual capacity*

/s/ W. Lawrence Deas
W. LAWRENCE DEAS, ESQ. - BAR #100227
WILLIAM LISTON, III, ESQ. - BAR #8482
*Attorneys for John Doe, Jane Doe amd Student Doe*